```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIK KOPELMAN,
                  Plaintiff,

- against -

SMI MEDIA, INC. and TRINET
HR CORPORATION,
                  Defendant.

**ORDER OF DISMISSAL**

15 Civ. 1041 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised that all claims asserted herein have been settled, it is ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within 45 days of this order, any party may apply by letter within the 45-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. The Clerk of the Court is directed to close the case. Any pending motions are moot.

Dated: New York, New York
       August 26, 2015

                                          SO ORDERED.

                                          _____
                                          Paul G. Gardephe
                                          United States District Judge