UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

ERIK KOPELMAN,

                              Plaintiff,

      -against-

SMI MEDIA, INC., and TRINET HR
CORPORATION,

                            Defendants.

----------------------------------------------------------------X

Civ. No.: 15 CV 1041 (PGG)

ECF Case

**STIPULATION AND ORDER
OF DISMISSAL WITH
PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Erik Kopelman ("Plaintiff") and Defendants SMI Media, Inc. and TRINET HR CORPORATION (referred to herein as "Defendants"), through their undersigned counsel, that the above-captioned action, including all claims and cross-claims be and are hereby discontinued in their entirety with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

_____
Rick Ostrove
LEEDS BROWN LAW, PC
1 Old Country Road, Suite 347
Carle Place, NY 11514
Tel.: (516) 873-9550

*Attorneys for Plaintiff*

_____
Wendy J. Mellk
JACKSON LEWIS P.C.
666 Third Avenue, 29th Floor
New York, New York 10017
Tel.: (212) 545-4073

*Attorneys for Defendant SMI Media, Inc.*

*[signature]*

David E. Strand
Alexa E. Miller
FISHER & PHILLIPS LLP
430 Mountain Avenue
Murray Hill, New Jersey 07974
Tel.:(908) 516-1050

*Attorneys for Defendant TRINET HR CORPORATION*

SO ORDERED this ____ day of _____, 2015

_____
Hon. Paul G. Gardephe, U.S.D.J.

4815-2494-0585, v. 1